■ MIRIAM P. v CITY OF NEW YORK.—Motion granted to extent of deleting the last sentence of the decretal paragraph of this court's order entered on July 3, 1990 (163 AD2d 39) and substituting the following: "The clerk is directed to enter judgment in favor of defendant-appellant St. Luke's—Roosevelt Hospital Center dismissing and severing the action as to it." Concur—Sullivan, J. P., Rosenberger, Asch and Rubin, JJ.

■ CHRISTOPHER v GREAT ATLANTIC & PACIFIC TEA COMPANY.—Reargument of this court's order (161 AD2d 274) entered on May 8, 1990 denied. Were we to reconsider defendant's contention on the merits that the verdict is excessive, we would not conclude that the jury award to plaintiff in the sum of $275,000 "deviates materially from what would be reasonable compensation" under CPLR 5501 (c). Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Wallach, JJ.